UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER L. LEMIEUX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-0941-DFH-WTL |
| ) | |
| JOSEPH R. GUY and JOSEPH R. GUY, ) | |
| P.C., an Indiana professional corporation, ) | |
| ) | |
| Defendants. ) | |

JUDGMENT AWARDING ATTORNEY FEES AND COSTS

The court having this day issued its entry granting in part plaintiff's motion for award of attorney fees and costs, it is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff Jennifer Lemieux recover from defendants Joseph R. Guy and Joseph R. Guy, P.C., jointly and severally, the sum of Two Thousand Three Hundred Seventy-two Dollars and 94 cents ($2,372.94).

Date: November 20, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana


Laura A. Briggs, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

Copies to:

Bonnie Christine Dragotto
GOMOLINSKI & PHILIPPS LTD
bdragotto@aol.com

Richard B. Gonon
rgonon@aol.com

Joseph R. Guy
JOSEPH R. GUY, PC
guylawoffices@aol.com

Steven James Halbert
shalbertlaw@aol.com

David J. Philipps
GOMOLINSKI & PHILIPPS LTD
davephilipps@aol.com

Mary E. Philipps
GOMOLINSKI & PHILIPPS, LTD
mephilipps@aol.com